127 P.3d 104

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**January 27, 2006**

| 26225 | Cooper v. State | Affirmed |
|-------|-----------------|----------|

**February 3, 2006**

| 26951 | State v. Shimabukuro | Affirmed |
|-------|----------------------|----------|

**February 7, 2006**

| 26760 | State v. Santarone | Affirmed |
|-------|--------------------|----------|

**February 8, 2006**

| 26306 | State v. Bolosan | Affirmed |
|-------|------------------|----------|

**February 9, 2006**

| 26720 | State v. Carineo | Affirmed |
|-------|------------------|----------|